Thomas G. Ryan
Nevada Bar No. 9378
Lisa Wong Lackland
Nevada Bar No. 9934
Lindsay Demaree
Nevada Bar No. 1949
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendant*
*Executive Jet Management, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARSHALL SYLVER, a Nevada resident; MIND POWER, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> EXECUTIVE JET MANAGEMENT, INC., a business transacting business in Nevada; and DOES I-X; and ROES I-X, <br><br> Defendants. | Case No. 2:10-cv-01028-RLH-RJJ <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the above-captioned action shall be dismissed with prejudice.

///

///

///

-1-

577442.1

Each party shall bear his/its own attorneys' fees and costs.

DATED this 31st day of March, 2011.

| KOLESAR & LATHAM | LEWIS AND ROCA LLP |
|---|---|
| By: /s/ *Bart K. Larsen* <br> Bart K. Larsen <br> Nevada Bar No. 8538 <br> 3320 W. Sahara Avenue, Suite 380 <br> Las Vegas, Nevada 89102 <br><br> Attorneys for Plaintiffs <br> Marshall Sylver and Mind Power, Inc. | By: /s/ *Thomas G. Ryan* <br> Thomas G. Ryan <br> Nevada Bar No. 9378 <br> Lisa Wong Lackland <br> Nevada Bar No. 9934 <br> Lindsay Demaree <br> Nevada Bar No. 1949 <br> 3993 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, Nevada 89169 <br><br> Attorneys for Defendant <br> Executive Jet Management, Inc. |

## ORDER

IT IS SO ORDERED.

DATED: April 1, 2011.

_____
U.S. DISTRICT JUDGE

577442.1